Edwin M. Hadley, Jr., Appellee, v. Ernest E. Lilliander, et al., Defendants.
Appeal of William H. Murphy et al., Appellants.

Gen. No. 43,668.

592

opinion filed April 24, 1946; released for publication May 10, 1946. Winston, Strawn & Shaw, for appellants; John D. Black, of counsel; Haight, Goldstein & Hobbs, for appellee; George I. Haight and Chas. H. Lerch, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.